In the Matter of Howard L. Pettit, Respondent, against
Charles Dietter et al., Constituting the Board of
Inspectors of Elections of the Town of Ellicottville,
Appellants, Impleaded with Others.

(Argued March 11, 1936; decided April 14, 1936.)

*Henry P. Nevins* and *Ernest C. Hornburg* for appellants.
*James P. Quigley* for respondent.

Order affirmed; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien. Hubbs,
Crouch, Loughran and Finch, JJ.